1  GIBEAUT, MAHAN & BRISCOE
2  NANCY MAHAN-LAMB, ESQ. (State Bar No. 117997)
   HANS A. GILLINGER, ESQ. (State Bar No. 243973)
3  6701 Center Drive West, Suite 611
   Los Angeles, California 90045
4  Telephone: (310) 410-2020 ♦ Facsimile: (310) 410-2010

O

5
6  Attorneys for Defendants, COLTON JOINT UNIFIED SCHOOL DISTRICT
   and SAN BERNARDINO COUNTY SUPERINTENDENT OF SCHOOLS
7

8                    UNITED STATES DISTRICT COURT
9                                                           JS-6
                     CENTRAL DISTRICT OF CALIFORNIA
10

11 | CALLIE TAPIE,                      | CASE NO: EDCV07-00556 SGL
12 |                                    |   (OPX)
   |              Plaintiff,            | *(The Honorable Stephen G. Larson)*
13 |                                    |
14 |       vs.                          | **JUDGMENT**
15 | COLTON JOINT UNIFIED SCHOOL        |
16 | DISTRICT and SAN BERNARDINO        |
   | COUNTY SUPERINTENDENT OF           |
17 | SCHOOLS, etc., et al.,             |
18 |                                    |
   |              Defendants.           |
19

20
21     This action was set to come on regularly for hearing before the Court on
22 November 26, 2007, Honorable Stephen G. Larson, District Judge Presiding, on
23 Cross-Motions for Summary Judgment. On November 20, 2007, the Court found
24 the matter proper for resolution without oral argument, vacated the hearing date, and
25 took the matter under submission. The evidence presented having been fully
26 considered, the issues having been fully briefed, and a decision having been duly
27 rendered and amended.
28     IT IS ORDERED AND ADJUDGED:

1. Defendants to provide training for a total of 104 hours as follows: Up to 8 hours per week, but no less than 4 hours per week, to be completed within 14 consecutive months.

2. Defendants to pay Plaintiffs' counsel attorneys' fees and costs in the amount of $28,478.46;

DATED: October 28, 2008

Stephen G. Larson
UNITED STATES DISTRICT
COURT JUDGE